February 25, 2025

Alan Paul Strieper
Reg.No. 75102-083
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, N.J. 08640

Social Security Administration
JFK Federal Building, Room 1900
Boston, Massachusetts 02205

Re: Name Change

To Whom It May Concern:

    Please see the enclosed Motion that I sent to the United States District Court, as I am waiting for the ORDER to be placed for my name change.
    My new name will be Simcha Bockheim. This will be my new name which I am respectfully requesting this be placed on my Social Security Card.
    Please forward said copy to me at the address listed above.
    Thank You for your time.

Respectfully: *[signature]*
Alan Paul Strieper

CC: United States District Court

IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF NEW JERSEY

ALAN PAUL STRIEPER,
    PETITIONER,

V.

UNITED STATES OF AMERICA,
    RESPONDENT.

CIVIL NO.

RECEIVED

FEB 28 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

MOTION FOR NAME CHANGE

Now Comes, Alan Paul Strieper, Petitioner, Pro Se, and hereby respectfully requests this Honorable Court, to GRANT the following Motion For Name Change, based on the Statement Of Facts herein.

STATEMENT OF FACTS

    Petitioner, Alan Paul Strieper, presents the following Statement Of Facts to the best of his ability, as he is not familiar with case Law, or Jurisdictional Issues.

    Petitioner is asking this Court to change his current Birth Name of Alan Paul Strieper, to the Religious name of Simcha Bockheim.

    Petitioner is an Orthodox Jewish Man, and has been practicing Judaism his entire life, and throughout his incarceration.

(1)

Mr. Strieper's family heritage goes back to Israel, and he studies constantly each day to gain further knowledge to teach others of what life was like in the past in Israel, and how things are now, being a Jewish Man, living in America.

At the present time, the Petitioner is requesting this Honorable Court to GRANT this name change, for Religious reasons, as his Rabbi suggested him to do.

By having this name change from Alan Paul Strieper, to Simcha Bockheim, his representation to the Jewish Community shows his continuous faith and determination that he highly regards his Religion as an Orthodox Jewish Man.

The name change has significant meaning to the Petitioner, and his family, as it is special that he is recognized as a "Practicing Orthodox Jew". Petitioner has already placed the name change advertisment request to The Star Ledger Newspaper.

## CONCLUSION

Petitioner, Alan Paul Strieper, PRAYS that this Honorable Court, GRANT this Motion For Name Change, from Paul Alan Strieper, to Simcha Bockheim, and place said ORDER to the Federal Bureau Of Prisons, so that his Identification Card, and Sentry File can be updated with the change.

Dated: February 25, 2025

Respectfully:
Alan Paul Strieper
Reg. No. 75102-083
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, N.J. 08640

(2)

CERTIFICATE OF SERVICE

Alan Paul Strieper, declares under the Penalty Of Perjury, that the afformentioned Motion was placed in the United States Postal Service, Postage, Pre-Paid, and sent to the following address:

Mitchell H. Cohen United States Courthouse
United States District Court
400 Cooper Street, Room 1050
Camden, New Jersey 08102-1570

United States Attorney's Office

Dated: February 25, 2025

Submitted:

*[signature]*

Alan Paul Strieper
Reg. No.75102-083 APS
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, N.J. 08640

February 25, 2025

Alan Paul Strieper
Reg.No.75102-083
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, N.J. 08640

The Star Ledger Newspaper
1 Gateway Center, Suite 1100
Newark, New Jersey 07102

Re: Name Change Advertisement

To Whom It May Concern:

    Please be advised that I have filed for a name change to the United States District Court, and I am awaiting a response with the Court Order.

    I have made the Court aware of my request to your Newspaper to have an Advertisment notifying the public of my name change published.

    This change will be from my current Legal Name of Alan Paul Strieper, to my Orthodox Jewish Name of Simcha Bockheim.

    Please send me confirmation of this publication to the address above.

CC: United States District Court

Respectfully:
Alan Paul Strieper