UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: ALAN PAUL STRIEPER.

Civil Action
No. 25-1561 (CPO) (EAP)

**ORDER**

**O'HEARN, District Judge.**

Before the Court are certain documents from Alan Paul Streiper, also known as Simcha Bockheim. (ECF No. 1.) Mr. Bockheim filed a motion asking the Court to change his name and to order the Federal Bureau of Prisons to change his records accordingly. (*Id*. at 2–3.) He did not, however, include a pleading document, nor is it clear as to what kind of case he wishes to pursue. (*See id*. at 1–5.) The Court will not proceed in this case without a proper pleading. As a result, the Court will administratively terminate this matter until Mr. Bockheim addresses this deficiency, *i.e.*, by filing a proper civil complaint, petition, or other type of pleading. Accordingly,

IT IS, on this 27th day of March 2025,

**ORDERED** that the Clerk of the Court shall ADMINISTRATIVELY TERMINATE this case for Mr. Bockheim's failure to include a proper pleading; and it is further

**ORDERED** that if Mr. Bockheim wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Order. Mr. Bockheim's writing shall identify what type of case he wishes to pursue and include a proper pleading; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Mr. Bockheim by regular U.S. mail.

/s/ Christine P. O'Hearn
**Christine P. O'Hearn**
**United States District Judge**