April 1, 2025

Alan Paul Strieper,
P.O. Box 2000
Reg. No. 75162-083
FCI Fort Dix
Joint Base MDL, N.J. 08640

Clerk Of Court
Mitchell H. Cohen Bldg.
4th + Cooper St.
Camden, N.J. 08101

Re: Civil Action No. 25-1561 (CPO)(EAP)

Dear Clerk:

Please accept this letter as per the Court's Order filed on 3/27/25 in which I am to notify this Court of my case I wish to pursue. The case is a Civil Pleading for a Name Change. If this Court could please send me the Informa Paupers form, I will attach a copy of my account statement for the past 6 months.

Respectfully,

Alan Paul Strieper

In The United States District Court
District Of New Jersey

Alan Paul Strieper,
    Petitioner,

v.                                    Civil Action No. 25-1561 (CPO)(EAP)

United States Of America,
    Respondent.


Motion For Proper Pleading


Now Comes, Alan Paul Strieper, Petitioner, Pro Se, and respectfully requests this Honorable Court to Grant the Motion previously filed for a name change.

This Court requested the Petitioner to file a proper pleading notifying the Court of which type of case it would be.

Petitioner is notifying this Court that he intends to file In Forma Pauperis, and would like this Court to acknowledge that the Motion is a Civil Case with the Proper Pleading being a name change. Petitioner is not familiar with Case Law or the terminology that the Court placed in its Order.

Petitioner is requesting this Court to Grant the Motion

for a Name Change from Alan Paul Streeper to Sundra Bockheim for religious reasons.

Respectfully,
Alan Paul Streeper

Certificate Of Service

Alan Paul Streeper, declares under the penalty of perjury that the aforementioned Motion was mailed via the United States Postal Service, Postage, Pre-Paid and mailed to the following address:

United States District Court
4th and Cooper Sts
Camden, N.J. 08101


April 1, 2025

Submitted:

Alan Paul Streeper
Reg. No. 75102-083
FCI Fort Dix
P.O Box 2000
Joint Base MDL NJ 08640

**Other Orders/Judgments**
1:25-cv-01561-CPO-EAP
STRIEPER v. UNITED STATES
OF AMERICA

PLO,PROSE-PR

# U.S. District Court

## District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 3/27/2025 at 9:55 AM EDT and filed on 3/27/2025
**Case Name:** STRIEPER v. UNITED STATES OF AMERICA
**Case Number:** 1:25-cv-01561-CPO-EAP
**Filer:**
**WARNING: CASE CLOSED on 03/27/2025**
**Document Number:** 3

**Docket Text:**
**ORDER directing the Clerk of the Court to ADMINISTRATIVELY TERMINATE this case for failure to include a proper pleading; if Plaintiff wishes to reopen this case, he shall notify the Court in writing within 30 days of the date of entry of this order. Signed by Judge Christine P. O'Hearn on 3/27/2025. (sms2, n.m.)**

**1:25-cv-01561-CPO-EAP Notice has been electronically mailed to:**

**1:25-cv-01561-CPO-EAP Notice has been sent by regular U.S. Mail:**

ALAN PAUL STRIEPER
75102-083
FORT DIX FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
Joint Base MDL, NJ 08640

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=3/27/2025] [FileNumber=19309872-0] [0d9125da6b1d499bf95b7c070f629ef6debb0e00d8e34b4c43f8ea6f3c07a212e6 1a7644bda82ab87e0c23dbb407f01df33384f9d870e0d3895113ad509c9f2e]]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: ALAN PAUL STRIEPER.

Civil Action
No. 25-1561 (CPO) (EAP)

ORDER

**O'HEARN, District Judge.**

Before the Court are certain documents from Alan Paul Strieper, also known as Simcha Bockheim. (ECF No. 1.) Mr. Bockheim filed a motion asking the Court to change his name and to order the Federal Bureau of Prisons to change his records accordingly. (*Id.* at 2–3.) He did not, however, include a pleading document, nor is it clear as to what kind of case he wishes to pursue. (*See id.* at 1–5.) The Court will not proceed in this case without a proper pleading. As a result, the Court will administratively terminate this matter until Mr. Bockheim addresses this deficiency, *i.e.*, by filing a proper civil complaint, petition, or other type of pleading. Accordingly,

IT IS, on this 27th day of March 2025,

**ORDERED** that the Clerk of the Court shall ADMINISTRATIVELY TERMINATE this case for Mr. Bockheim's failure to include a proper pleading; and it is further

**ORDERED** that if Mr. Bockheim wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Order. Mr. Bockheim's writing shall identify what type of case he wishes to pursue and include a proper pleading; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Mr. Bockheim by regular U.S. mail.

/s/ Christine P. O'Hearn
**Christine P. O'Hearn**
**United States District Judge**

Alan Carl Streeper
Reg. No. 75102-083
FCI Fort Dix
P.O Box 2000
Joint Base MDL, N.J. 08640

TRENTON NJ 085
2 APR 2025 PM 3 L

FREEDOM FOREVER/USA

RECEIVED
APR -4 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Clerk Of Court
Mitchell H. Cohen Building
4th and Cooper St.
Camden, N.J. 08101

4-1-2025

08101-999955